PROB 12C
(6/16)

Report Date: May 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 24, 2024**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Lee Lomakema | Case Number: 0980 1:17CR02019-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 17, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Brandishing a Firearm During a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) | | |
| Original Sentence: | Prison - 84 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | October 16, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | October 15, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/1/2024 and 5/3/2024.

A supervision intake was completed on October 16, 2023. Mr. Lomakema's judgment was reviewed with him. He signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that James Lomakema violated the terms of his supervised release by committing a law violation, specifically, Second Degrees Criminal Trespass, in violation of RCW 9A.52.080 and Making a False Statement to a Public Servant, in violation of RCW 9A.76.175, on or about May 20, 2024. |
| | On May 20, 2024, an officer with the Spokane Police Department observed four individuals standing in a lot near Bridgepress Cellars in Spokane, Washington. There were several visible signs that read no trespassing from where this group was standing. |
| | The officer made contact with the individuals and advised them that they were being detained for trespassing. |

Prob12C
Re: Lomakema, James Lee
May 23, 2024
Page 2

One of the males, later identified as James Lomakema, was asked for his identity to cite for trespassing. He provided the name David L. Arquette. He was having difficulty providing his age. The officer located his Washington State identification card, which noted his true identify as James Lomakema. It was then determined he had an active United States Marshals warrant.

Mr. Lomakema was arrested, cited for making a false statement to a public servant and for second degree criminal trespass, and was booked into the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/23/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/24/2024

Date