PROB 12C
(6/16)

Report Date: May 14, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Lee Lomakema          Case Number: 0980 1:17CR02019-SAB-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 17, 2018

Original Offense:       Brandishing a Firearm During a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)

Original Sentence:      Prison - 84 months;              Type of Supervision: Supervised Release
                        TSR - 60

Revocation Sentence     Prison - 5 months
(February 20, 2025):    TSR - 55 months


Asst. U.S. Attorney:    Bree Black Horse               Date Supervision Commenced: March 1, 2025

Defense Attorney:       Federal Defenders Office       Date Supervision Expires: September 30, 2029

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on March 5, 2025.

On February 20, 2025, a supervised release revocation hearing was held. Mr. Lomakema advised the Court that he has reviewed the conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that James Lomakema violated the terms of his supervised release by being charged with Making a False Statement to a Public Servant, in violation of RCW 9A.76.175 GM and Resisting Arrest, in violation of RCW 9A.76.040 M, on or about May 6, 2025. |
| | On May 6, 2025, at approximately 7:32 a.m., officers with the Spokane Police Department (SPD) responded to a report of three trespassers in the area of South State Street and West Pacific Avenue in Spokane. |

Prob12C
**Re: Lomakema, James Lee**
**May 14, 2025**
**Page 2**

Officers advised the individuals they were trespassing and began to identify them. Two of the individuals were identified. The third individual, later identified as James Lomakema, provided a false name. Officers noted that Mr. Lomakema's behavior was consistent with someone who was looking to flee from law enforcement. An officer asked for his date of birth. Mr. Lomakema was hesitant and was unable to indicate how old he was in accordance with the birthday he provided. The officer offered him multiple opportunities to provide his actual name and date of birth.

Officers ultimately advised Mr. Lomakema that he was under arrest. Mr. Lomakema tried to run past one of the officers and down a set of stairs. One officer was able to keep Mr. Lomakema from exiting in that direction. The second officer ran up the stairs after Mr. Lomakema and grabbed him on his upper body around his shoulders as he was attempting to jump over a fence and flee southbound.

Mr. Lomakema fought violently to free himself from the officer's grasp, trying to break the officer's grip as the officer held on to him. The officer directed him to stop resisting and continuously asked him to stop trying to run. The officer ultimately took Mr. Lomakema to the ground and another officer on scene handcuffed Mr. Lomakaema. Mr. Lomakema was noted to have resisted the entire time until both handcuffs were on.

Officers performed a search incident to the arrest and located a box cutter and two folding pocket knives stored in the center pocket of the offender's hoodie and stored on his chest, potentially clipped to an undershirt. Mr. Lomakema had attempted to free his hand throughout the arrest and was reaching toward both his chest and hoodie pocket. In addition, he was trying to kick one of the officers as they were trying to arrest him.

Mr. Lomakema was discovered to have an active U.S. Marshals warrant. He was then booked into the Spokane County Jail for making a false statement to a public servant, resisting arrest and on his U.S. Marshals warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/14/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Lomakema, James Lee**
May 14, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

5/14/2025
Date