172019 PROB 12C
(6/16)

Report Date:  June 8, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2026

SEAN F. McAVOY, CLERK

ECF No. 138

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Lee Lomakema          Case Number: 0980 1:17CR02019-SAB-1

Address of Offender: ███████████████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 17, 2018

| | |
|---|---|
| Original Offense: | Brandishing a Firearm During a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 84 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 20, 2025) | Prison - 5 months<br>TSR - 55 months | |
| Revocation Sentence:<br>(September 30, 2025) | Prison - 4 months<br>TSR - 50 months | |
| Asst. U.S. Attorney: | Bree R. Black Horse | Date Supervision Commenced: October 7, 2025 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 6, 2029 |

---

### PETITIONING THE COURT

To issue a summons.

On October 8, 2025, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about May 27, 2026.

On June 5, 2026, this officer met with the offender to discuss his recent drug use. During that discussion, he admitted to the probation officer that he ingested methamphetamine on or about May 27, 2026. He also signed an admission form acknowledging use of said substance.

Prob12C

**Re: Lomakema, James Lee**
**June 8, 2026**
**Page 2**

2      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and amphetamine, on or about June 1, 2026.

     On June 1, 2026, Mr. Lomakema submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for methamphetamine and amphetamine. At that time, he signed an admission form acknowledging use of said substances.

3      **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

     **Supporting Evidence**: The offender is alleged to have violated special condition number 6, by consuming alcohol on or about June 1, 2026.

     On June 1, 2026, Mr. Lomakema submitted a urine specimen at PHS that was presumptive positive for alcohol. At that time, he signed an admission form acknowledging use of said substance.

4      **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and amphetamine, on or about June 5, 2026.

     On June 5, 2026, Mr. Lomakema submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine and amphetamine. At that time, he signed an admission form acknowledging use of said substance.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 8, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C

**Re: Lomakema, James Lee**
**June 8, 2026**
**Page 3**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

6/8/2026
_____
Date