PROB 12C
(6/16)

Report Date:  June 25, 2026

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2026

SEAN F. McAVOY, CLERK

ECF No. 144

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Lee Lomakema          Case Number: 0980 1:17CR02019-SAB-1

Address of Offender: ███████████████████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 17, 2018

Original Offense:          Brandishing a Firearm During a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)

Original Sentence:         Prison - 84 months          Type of Supervision: Supervised Release
                           TSR - 60 months

Revocation Sentence:       Prison - 5 months
(February 20, 2025)        TSR - 55 months

Revocation Sentence:       Prison - 4 months
(September 30, 2025)       TSR - 50 months

Asst. U.S. Attorney:       Bree R. Black Horse          Date Supervision Commenced: October 7, 2025

Defense Attorney:          Alex B. Hernandez, III        Date Supervision Expires: December 6, 2029

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 8, 2026.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by failing to attend an individual substance abuse treatment session at Pioneer Human Services (PHS) on June 17, 2026.

The probation officer received email correspondence from PHS indicating the offender failed to report for a scheduled individual substance abuse treatment session on June 17, 2026.

Prob12C
**Re: Lomakema, James Lee**
**June 25, 2026**
**Page 2**

6      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence:** The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about June 20, 2026.

     On June 22, 2026, the offender participated in a scheduled individual substance abuse treatment session at PHS. At that time, he admitted to his treatment counselor that he ingested methamphetamine on or about June 20, 2026.

7      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to submit to urinalysis testing on June 23, 2026.

     On June 23, 2026, the probation officer left a voicemail and sent a text message to the offender instructing him to report to the U.S. Probation Office to submit to urinalysis testing on that same date. Mr. Lomakema failed to report to the U.S. Probation Office for urinalysis testing on June 23, 2026, as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 25, 2026

     s/ Lori Cross

     Lori Cross
     U.S. Probation Officer

Prob12C
**Re: Lomakema, James Lee**
**June 25, 2026**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

6/26/2026
_____
Date